**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02905-WJM-CBS

BARBARA ROSE,

      Plaintiff,

v.

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

      Defendant.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all orders entered during the pendency of this case and the Order Affirming Defendant's Denial of Long Term Disability Benefits, entered by the Honorable William J. Martínez, United States District Judge, on June 11, 2014,

      IT IS ORDERED that Plaintiff's claim for long-term disability benefits under ERISA (ECF No. 1) is DENIED.

      IT IS FURTHER ORDERED that Judgment is entered in favor of Defendant and against the Plaintiff.

      IT IS FURTHER ORDERED that Defendant is awarded its costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

      Dated at Denver, Colorado this  13th  day of June 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By: ___s/Deborah Hansen_____
Deborah Hansen, Deputy Clerk